```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION

STEVEN TRABAYKO MEILLER,
et al.,

         Plaintiffs,

v.                              CASE NO:   8:09-cv-1847-T-33AEP

PASCO COUNTY, FLORIDA, BOARD
OF COUNTY COMMISSIONERS, et al.,

         Defendants.
_____/
```

## ORDER

This cause comes before the Court pursuant to the following motions: Motion to Dismiss Plaintiff's First Amended Complaint by Defendant Lt. Thomas Perron (Doc. # 35); Motion to Dismiss Plaintiff's First Amended Complaint by Defendant Sgt. Donald Kandalec (Doc. # 36); Motion to Dismiss Plaintiff's First Amended Complaint by Defendant Sgt. James Rollston (Doc. # 37); Motion to Dismiss Plaintiff's First Amended Complaint by Defendant Deputy Michael Senter(Doc. # 38); Motion to Dismiss Plaintiff's First Amended Complaint by Defendant Deputy Ronald Davis (Doc. # 39); Motion to Dismiss Plaintiff's First Amended Complaint by Defendant Deputy Shawn Rozankowski (Doc. # 40); Motion to Dismiss Plaintiff's First Amended Complaint by Defendant Deputy Pedro Ojeda (Doc. # 41); Motion to Dismiss Plaintiff's First Amended Complaint by

Defendant Cindy Bell, LPN (Doc. # 42); Motion to Dismiss Plaintiff's First Amended Complaint by Defendant Elizabeth Kenjorski, LPN (Doc. # 43); Motion to Dismiss Plaintiff's First Amended Complaint by Defendant M.H. Perez, LPN (Doc. # 44); Motion to Dismiss Plaintiff's First Amended Complaint by Defendant Julie Merritt, LPN (Doc. # 45); Motion to Dismiss Plaintiff's First Amended Complaint by Defendant Pasco Sheriff White (Doc. # 46); and Defendant Pasco County's Motion to Dismiss Count I, IV and V of Plaintiff's First Amended Complaint (Doc. # 47). Plaintiffs filed a consolidated Response in opposition to the motions (Doc. # 69).

On September 30, 2010, pursuant to an order of referral, the Honorable Anthony E. Porcelli, United States Magistrate Judge, issued a Report and Recommendation (Doc. # 82), recommending that the Motions to Dismiss of Defendants Sgt. Donald Kandalec, Deputy Michael Senter, Deputy Ronald Davis, Deputy Shawn Rozankowski, Cindy Bell, LPN, Elizabeth Kenjorski, LPN, M.H. Perez, LPN, Pasco County Sheriff White and Pasco County be **GRANTED IN PART** and **DENIED IN PART** as set forth in the Report and Recommendation and that the Motions to Dismiss of Defendants Lt. Thomas Perron, Sgt. James Rollston, Deputy Pedro Ojeda, and Julie Merritt, LPN, be **GRANTED**.

On November 4, 2010, Plaintiffs filed their Objections to

2

the Magistrate's Report and Recommendation (Doc. # 92). On November 10, 2010, Defendants filed a Response to Plaintiffs' Objections (Doc. # 95).

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

Upon consideration of the Report and Recommendation of the Magistrate Judge, all objections thereto and responses to objections timely filed by the parties and upon this Court's independent examination of the file, it is determined that the Magistrate Judge's Report and Recommendation should be adopted

and all objections overruled. The Court notes that, although the Report and Recommendation does not specify whether the dismissals based upon qualified immunity are recommended to be with or without prejudice, the Court finds the dismissals should be with prejudice. Defendants Lt. Perron, Sgt. Rollston, Deputy Ojeda and Julie Merritt, LPN all filed motions to dismiss Plaintiffs' initial complaint in which they argued that Plaintiffs failed to allege facts regarding these Defendants' actions sufficient to state a claim of deliberate indifference to Mr. Fredenburg's constitutional rights. See Docs. # 19, 21, 25 and 4, respectively. In response, Plaintiffs sought permission and were allowed to amend the complaint. As Plaintiffs have already been afforded an opportunity to amend their complaint to state a claim against these Defendants, given the current posture of the case, and considering that Plaintiffs have not provided a compelling reason why this Court should allow another opportunity to plead sufficient facts as to these particular Defendants, the Court will grant these motions to dismiss with prejudice.

Accordingly, it is **ORDERED, ADJUDGED,** and **DECREED:**

(1) Judge Porcelli's Report and Recommendation (Doc. # 82) is **ADOPTED, CONFIRMED,** and **APPROVED** in all respects and is made a part of this Order for all purposes, including

4

appellate review. Plaintiffs' objections are overruled.

(2) Motion to Dismiss Plaintiff's First Amended Complaint by Defendant Lt. Thomas Perron (Doc. # 35) is **GRANTED**. The First Amended Complaint is dismissed with prejudice as to this Defendant on the basis of qualified immunity.

(3) Motion to Dismiss Plaintiff's First Amended Complaint by Defendant Sgt. Donald Kandalec (Doc. # 36) is **GRANTED** as to the issue of damages and **DENIED** as to the remaining issues including qualified immunity.

(4) Motion to Dismiss Plaintiff's First Amended Complaint by Defendant Sgt. James Rollston (Doc. # 37) is **GRANTED**. The First Amended Complaint is dismissed with prejudice as to this Defendant on the basis of qualified immunity.

(5) Motion to Dismiss Plaintiff's First Amended Complaint by Defendant Deputy Michael Senter(Doc. # 38) is **GRANTED** as to the issue of damages and **DENIED** as to the remaining issues including qualified immunity.

(6) Motion to Dismiss Plaintiff's First Amended Complaint by Defendant Deputy Ronald Davis (Doc. # 39) is **GRANTED** as to the issue of damages and **DENIED** as to the remaining issues including qualified immunity.

(7) Motion to Dismiss Plaintiff's First Amended Complaint by

Defendant Deputy Shawn Rozankowski (Doc. # 40) is **GRANTED** as to the issue of damages and **DENIED** as to the remaining issues including qualified immunity.

(8)  Motion to Dismiss Plaintiff's First Amended Complaint by Defendant Deputy Pedro Ojeda (Doc. # 41) is **GRANTED**. The First Amended Complaint is dismissed with prejudice as to this Defendant on the basis of qualified immunity.

(9)  Motion to Dismiss Plaintiff's First Amended Complaint by Defendant Cindy Bell, LPN (Doc. # 42) is **GRANTED** as to the issue of damages and **DENIED** as to the remaining issues including qualified immunity.

(10) Motion to Dismiss Plaintiff's First Amended Complaint by Defendant Elizabeth Kenjorski, LPN (Doc. # 43) is **GRANTED** as to the issue of damages and **DENIED** as to the remaining issues including qualified immunity.

(11) Motion to Dismiss Plaintiff's First Amended Complaint by Defendant M.H. Perez, LPN (Doc. # 44) is **GRANTED** as to the issue of damages and **DENIED** as to the remaining issues including qualified immunity.

(12) Motion to Dismiss Plaintiff's First Amended Complaint by Defendant Julie Merritt, LPN (Doc. # 45) is **GRANTED**. The First Amended Complaint is dismissed with prejudice as to

this Defendant on the basis of qualified immunity.

(13) Motion to Dismiss Plaintiff's First Amended Complaint by Defendant Pasco Sheriff White (Doc. # 46) is **GRANTED** as to the issue of damages in Count II and **DENIED** as to the issue of damages in Counts VI and VII.

(14) Defendant Pasco County's Motion to Dismiss Count I, IV and V of Plaintiff's First Amended Complaint (Doc. # 47) is **GRANTED** as to the issue of damages in Count I and **DENIED** as to Counts IV and V.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 26th day of January, 2011.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

All Parties and Counsel of Record

7